IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FELIX ROBERTS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| LORI DAVIS, *Director TDCJ*, | ) ) |
| Respondent. | ) Civil Action No. 3:17-CV-3326-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that Petitioner's Motion for Default Judgment should be denied. Petitioner has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's Motion for Default Judgment, filed March 21, 2019, is hereby **DENIED**.

SO ORDERED this 16th day of July, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE