IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FELIX ROBERTS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| LORIE DAVIS, *Director, TDCJ-CID*, | ) |
| | ) |
| Respondent. | ) Civil Action No. 3:17-CV-3326-C-BT |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Petitioner's petition for writ of habeas corpus should be denied and any non-habeas civil claims should be dismissed without prejudice. Petitioner has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's petition for writ of habeas corpus is hereby **DENIED**. All remaining non-habeas civil claims are **DISMISSED** without prejudice.[1]

SO ORDERED this 10th day of December, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] If so desired, Petitioner may raise any and all non-habeas civil claims in a separate civil action.